UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. SNOW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOCTOR SHWE,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01606-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AS DUPLICATIVE<br><br>[ECF No. 29] |

　　　　Plaintiff William L. Snow is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 7, 2016, Plaintiff filed a motion for the appointment of counsel. Plaintiff's December 7, 2016 motion is identical in all respects to the motion for appointment of counsel filed by Plaintiff on December 2, 2016, which was denied, without prejudice, on December 5, 2016. (ECF Nos. 25, 27, 29.) Accordingly, Plaintiff's motion for appointment of counsel, filed December 7, 2016, is denied as duplicative.

IT IS SO ORDERED.

Dated:　**December 9, 2016**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1